HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Garth Whalen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:14-mj-00194 SAB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) INITIAL APPEARANCE ON PROBATION ) VIOLATION AND ISSUE WARRANT |
| GARTH WHALEN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the initial appearance in the above-captioned matter now set for November 3, 2016, at 10:00 a.m., before the Honorable Stanley A. Boone, may be continued until March 16, 2017 at 10:00 a.m., and that a warrant may issue in order to secure Mr. Whalen's presence at the hearing.

Mr. Whalen was convicted of Burglary in Cook County, Illinois on March 29, 2016 and sentenced to 3 years custody.  Mr. Whalen is currently serving his sentence at Pinckneyville Correction Center in Illinois, with a projected parole date of March 15, 2017 and a projected discharge date of March 15, 2019.  A violation petition has been filed with the court as of June 2, 2016, which ordered that a request for warrant be submitted.  As of the date of this stipulation, it does not appear that a warrant has been requested or has otherwise issued.

The parties agree that in light of Mr. Whalen's current status in custody, the initial

appearance in this matter should be continued until after his projected parole date, at which time he will either be released and able to appear on the violation petition, or will be given a new projected release date. Additionally, the parties agree that a warrant should issue in order to secure Mr. Whalen's appearance upon his release from state custody.

It is therefore the request of the parties that the initial appearance currently set for November 3, 2016, at 10:00 a.m. be continued until March 16, 2017 at 10:00 a.m. and that the clerk issue a warrant in order to secure Mr. Whalen's presence at the hearing.

                                              Respectfully submitted,

                                              PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 27, 2016        By:   /s/ *Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 27, 2016        By:   /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
GARTH WHALEN

IT IS SO ORDERED.

Dated: **October 27, 2016**

UNITED STATES MAGISTRATE JUDGE