# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARTH J. WHALEN,<br><br>Defendant. | Case No.: 1:14-mj-00194-SAB<br><br>ORDER CONTINUING HEARING FROM MARCH 16, 2017 TO APRIL 6, 2017, AND REQUIRING DEFENDANT TO PERSONALLY APPEAR |

An initial appearance on a probation violation in this matter is currently set for March 16, 2017, at 10:00 a.m. To accommodate the defendant's ability to appear, the review hearing shall be continued to April 6, 2017, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. Garth J. Whalen's initial appearance for a probation violation set for March 16, 2017, is CONTINUED to April 6, 2017, at 10:00 a.m. in Courtroom 9; and

2. Garth J. Whalen is ordered to personally appear at the probation violation hearing.

IT IS SO ORDERED.

Dated: __March 13, 2017__

_____
UNITED STATES MAGISTRATE JUDGE