HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GARTH J. WHALEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-MJ-00194-SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO MODIFY CONDITIONS** |
| | ) **OF PROBATION; ORDER** |
| vs. | ) |
| GARTH J. WHALEN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Garth J. Whalen, that the Court modify the terms and conditions of Mr. Whalen's probation to extended the deadline for his community service requirement to December 6, 2018 and that the review hearing currently scheduled for April 5, 2018 be continued to January 3, 2019.

On April 6, 2017, Mr. Whalen admitted new law violations. This court revoked his probation and sentenced him to 24 months of probation to expire April 6, 2019. As special conditions of his probation, the Court ordered Mr. Whalen to complete 100 hours of community service by April 6, 2018, and to attend twice-weekly alcoholic anonymous meetings. From May 5, 2017 to March 1, 2018, Mr. Whalen was incarcerated in Cook County Jail and the Illinois Department of Corrections. This period of incarceration was the result of convictions Mr.

Whalen sustained in 2017 based on offense conduct that occurred in 2015.

On May 4, 2017, Mr. Whalen was arrested for commercial burglary after DNA tests linked him to an incident that occurred in Orland Park, Illinois on July 6, 2015. Mr. Whalen subsequently plead guilty to commercial burglary and was sentenced to state prison. Mr. Whalen was also sentenced to serve a concurrent term in state prison for an aggravated DUI that occurred on July 5, 2015. This DUI charge was reflected on the June 1, 2016, probation violation petition.

The parties agree that the Mr. Whalen's recent convictions stem from conduct that occurred in 2015. The parties also agree that Mr. Whalen has not committed a new law violation during his current term of probation.

Because Mr. Whalen was incarcerated for 11 of the 12 months of his current term of probation, he was unable to complete any community service hours. However, while at Cook County Jail he completed a four and half month inpatient alcohol recovery program administered by West Care. Additionally, while incarcerated at the Statesville Correction Institution, Mr. Whalen completed an Illinois Department of Correction alcohol recovery program.

Mr. Whalen has not committed any new law violations since his last hearing before the Court. Mr. Whalen's probation is set to expire on April 6. 2019. Given the remaining term of probation and Mr. Whalen's recent release from custody the parties stipulate that the deadline for Mr. Whalen to complete his community service be extended to December 6, 2018.

                                              Respectfully submitted,

                                              MCGREGOR W. SCOTT
                                              United States Attorney

Date: March 22, 2018                */s/ Darin Rock*
                                              DARIN ROCK
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: March 22, 2018                */s/ Andrew Wong*
                                              ANDREW WONG
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              GARTH J. WHALEN

# **O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Whalen's probation to extend the community service deadline to December 6. 2018, and to continue the review hearing to January 17, 2019.

IT IS SO ORDERED.

Dated: __**March 22, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE