# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00194-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| GARTH J. WHALEN, | |
| Defendant. | |

      PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of A Controlled Substance, Providing False Information, and Possession of an Open Container of Alcohol in a Vehicle |
| **Sentence Date:** | April 6, 2018 |
| **Review Hearing Date:** | January 17, 2019 |
| **Probation Expires On:** | April 6, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☐     **Monetary Fines & Penalties in Total Amount of:**

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐     To date, Defendant has paid a total of $
       ☐ If not paid in full when was last time payment:

☒     Compliance with Other Conditions of Probation: Completed 100 hours of community service and has been attending AA classes twice a week.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: January 3, 2019     */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/17/2019 at 10:00 a.m.

☐ be continued to _____ at 10:00 a.m.; or

☒ be vacated.

DATED: 1/3/2019     */s/ Hope Alley*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 4, 2019**     _____
UNITED STATES MAGISTRATE JUDGE